IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MICHAEL KELLEY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FREDDY BOOKER, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 5:24-CV-195-RWS-JBB |

**ORDER**

Plaintiff Michael Kelley, an inmate proceeding *pro se*, filed this civil rights lawsuit complaining of alleged violations of his constitutional rights. Docket No. 1. The lawsuit was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On October 28, 2025, the Magistrate Judge issued a report and recommendation, recommending that Plaintiff's lawsuit be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted. Docket No. 15 at 4. The Magistrate Judge further recommended that "[t]he dismissal of this lawsuit should have no effect upon Plaintiff's right to challenge his conviction through any lawful means." *Id.*

Plaintiff received a copy of the Report and Recommendation on November 4, 2025, but has filed no objections to date. Docket No. 16. Accordingly, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of

the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 15) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted. The dismissal of this lawsuit should have no effect upon Plaintiff's right to challenge his conviction through any lawful means.

**So ORDERED and SIGNED this 12th day of December, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE